# FILED

11/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0470

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 21-0470

WILLIAM D. PRATT, individually and as
Managing Member of PRATT RANCH, LLC,
a Montana Limited Liability Company and
as Member of the PRATT COMMERCIAL
PROPERTY, LLC, a Montana Limited
Liability Company,

    Plaintiff and Appellee,

v

THOMAS A. PRATT, individually and as
a Member of PRATT RANCH, LLC,
a Montana Limited Liability Company and
as Member of the PRATT COMMERCIAL
PROPERTY, LLC, a Montana Limited
Liability Company,

    Defendant and Appellant.

---

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Upon review of Defendant/Appellant's Unopposed Motion for Extension of Time and there being no objection, Appellant's Opening Brief shall be filed on or before December 17, 2021.

DATED this ___ day of _____, 2021.

         _____
         Montana Supreme Court Justice

Cc:  Erika Peterman
   Kristin Omvig

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 2 2021